

 PJJ
7/10/2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

(full name of plaintiff or petitioner)

Richard Anthony Marin

vs.

Marvel Studios

(full name of defendant(s) or respondent(s))

**APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS / FINANCIAL AFFIDAVIT (PRISONER CASES)**

Case number:  **1:25-cv-07805**
**Judge Edmond E. Chang**
**Magistrate Judge Beth W. Jantz**
**PC4**
**RANDOM / Cat. 3**

**Instructions:** Please answer every question. Do not leave blanks.
If the answer is "0" or "none," say so.

If you are in custody, you are subject to the Prison Litigation Reform Act ("PLRA"). The PLRA requires all pretrial detainees and prisoners to pay the filing fee. If you cannot pay the full filing fee at this time, you may seek leave to proceed *in forma pauperis*. A pretrial detainee or prisoner who proceeds *in forma pauperis* pays the full filing fee over time, with monthly installments taken from his or her trust fund account.

**Application:** I am the plaintiff / petitioner in this case. I believe that I am entitled to the relief I am requesting in this case. I am providing the following information under penalty of perjury in support of my request (check all that apply):

[✓] to proceed *in forma pauperis* (IFP) (without prepaying fees or costs)

[ ] to request an attorney  (Pro per)

1. *Are you in custody?* [✓] Yes  [ ] No
   ID # 2025021106b        Name of jail or prison: Cook County Jail
   Do you receive any payment from this institution? [ ] Yes  [✓] No
   If "Yes," how much per month? $_____

2. *Other sources of income / money:* For the past 12 months, list the amount of money that you have received from any of the following sources:

   *(list the 12-month total for each)*

   | | |
   |---|---|
   | Self-employment, business, or profession: | $ 200 |
   | Income from interest or dividends: | $ 0 |
   | Income from rent payments: | $ 0 |
   | Pensions, annuities, or life insurance: | $ 0 |
   | Disability or worker's compensation: | $ 0 |
   | Gifts: | $ 300 |
   | Deposits by others into your jail or prison account: | $ 300 |
   | Unemployment, public assistance, or welfare: | $ 0 |
   | Settlements or judgments: | $ 0 |
   | **Any other source of money:** | $ 1200 |

Page 1 of 2

Rev. 2/2020

3. _Cash and bank accounts_: Do you have any money in cash or in a checking or savings account? ☐ Yes ☑ No  If yes, how much? _____

4. _Other assets_: Do you have an interest in any real estate (including your home), stocks, bonds, other securities, retirement plans, automobiles, jewelry, or other valuable property (not including ordinary household furnishings and clothing)?  ☐ Yes ☑ No

   If yes, list each item of property and state its approximate value:

   _____

   _____

5. _Dependents_: Is anyone dependent on you for support?  ☐ Yes ☑ No

   If yes, please list their names (for minor children, use only initials); relationship to you; and how much you and/or your spouse contribute toward their support each month:

   _____

   _____

6. _Debts and financial obligations_: List any amounts you owe to others:

   Approximately $19,000 in debts from credit cards

   _____

**Declaration**: I declare under penalty of perjury that all of the information listed above is true and correct.

I understand that a false statement may result in dismissal of my claims or other sanctions.

Date: 6/21/25

_Richard Anthony Marin_
Applicant's signature

_Richard Anthony Marin_
Printed name

**NOTICE TO PRISONERS:** In addition to the Certificate below, you must attach a print-out from the institution(s) where you have been in custody during the last six months showing all receipts, expenditures and balances in your prison or jail trust fund accounts during that period. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account – prepared by each institution where you have been in custody during that six-month period. You must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE (Incarcerated applicants only)**
**(To be completed by the institution of incarceration)**

I certify that the applicant named above, _Richard Marin_, ID # _2059211065_, has the sum of $ _0.05_ on account to his/her credit at _Cook County-DOC_ (name of institution). I also certify that during the past six months, the applicant's average monthly deposit was $ _75.00_. (Add all deposits from all sources and then divide by the number of months.)

Date: 7/1/2025

_[signature]_
Signature of authorized officer

_M. Joseph_
Printed name

Page 2 of 2

Rev. 2/2020

# Resident Transaction Details

Transactions From 2/11/2025 12:00 AM to 6/30/2025 11:59 PM

## 853944 : Marin,  Richard

### DIV2 D3 DD 7

| Cook Checking Main Balance: | $0.03 |
| --- | --- |

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Spend Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 9113944 | 6/26/2025 | BillPay | | | PAYMENT FOR TRANS 9113943 | -$0.26 | $0.03 |
| 9113943 | 6/26/2025 | Bill | $0.26 | $0.26 | Commissary : COMMISSARY 6/26/2025 REF:15980 | | $0.29 |
| 9076013 | 6/19/2025 | BillPay | | | PAYMENT FOR TRANS 9076012 | -$8.09 | $0.29 |
| 9076012 | 6/19/2025 | Bill | $8.09 | $8.09 | Commissary : COMMISSARY 6/19/2025 REF:15942 | | $8.38 |
| 9034540 | 6/12/2025 | BillPay | | | PAYMENT FOR TRANS 9034539 | -$66.43 | $8.38 |
| 9034539 | 6/12/2025 | Bill | $66.43 | $66.43 | Commissary : COMMISSARY 6/12/2025 REF:15917 | | $74.81 |
| 8994719 | 6/5/2025 | BillPay | | | PAYMENT FOR TRANS 8994718 | -$16.67 | $74.81 |
| 8994718 | 6/5/2025 | Bill | $16.67 | $16.67 | Commissary : COMMISSARY 6/5/2025 REF:15880 | | $91.48 |
| 8952027 | 5/29/2025 | BillPay | | | PAYMENT FOR TRANS 8952026 | -$58.54 | $91.48 |
| 8952026 | 5/29/2025 | Bill | $58.54 | $58.54 | Commissary : COMMISSARY 5/29/2025 REF:15840 | | $150.02 |
| 8924766 | 5/24/2025 | CredPay | | | PAYMENT FOR TRANS 8924765 | $150.00 | $150.02 |
| 8924765 | 5/24/2025 | Credit | $150.00 | $150.00 | Western Union Deposits : TCN:0015391799251448\|MARGARET MARIN | | $0.02 |
| 8915687 | 5/22/2025 | BillPay | | | PAYMENT FOR TRANS 8915686 | -$0.10 | $0.02 |
| 8915686 | 5/22/2025 | Bill | $0.10 | $0.10 | Commissary : COMMISSARY 5/22/2025 REF:15804 | | $0.12 |
| 8875362 | 5/15/2025 | BillPay | | | PAYMENT FOR TRANS 8875361 | -$28.70 | $0.12 |

# 853944 : Marin, Richard

## DIV2 D3 DD 7

| Cook Checking Main Balance: | $0.03 |
|---|---|

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Spend Balance |
|---|---|---|---|---|---|---|---|
| 8875361 | 5/15/2025 | Bill | $28.70 | $28.70 | Commissary : COMMISSARY 5/15/2025 REF:15762 | | $28.82 |
| 8836529 | 5/8/2025 | BillPay | | | PAYMENT FOR TRANS 8836528 | -$36.45 | $28.82 |
| 8836528 | 5/8/2025 | Bill | $36.45 | $36.45 | Commissary : COMMISSARY 5/8/2025 REF:15710 | | $65.27 |
| 8827997 | 5/6/2025 | CredPay | | | PAYMENT FOR TRANS 8827996 | $1.12 | $65.27 |
| 8827996 | 5/6/2025 | Credit | $1.12 | $1.12 | Commissary : COMMISSARY CREDIT 5/6/2025 REF:15698 | | $64.15 |
| 8795296 | 5/1/2025 | BillPay | | | PAYMENT FOR TRANS 8795295 | -$24.87 | $64.15 |
| 8795295 | 5/1/2025 | Bill | $24.87 | $24.87 | Commissary : COMMISSARY 5/1/2025 REF:15675 | | $89.02 |
| 8754065 | 4/24/2025 | BillPay | | | PAYMENT FOR TRANS 8754064 | -$61.20 | $89.02 |
| 8754064 | 4/24/2025 | Bill | $61.20 | $61.20 | Commissary : COMMISSARY 4/24/2025 REF:15640 | | $150.22 |
| 8646583 | 4/6/2025 | CredPay | | | PAYMENT FOR TRANS 8646582 | $150.00 | $150.22 |
| 8646582 | 4/6/2025 | Credit | $150.00 | $150.00 | Western Union Deposits : TCN:2931958075250968|MARGARET, MARIN | | $0.22 |
| 8423300 | 2/27/2025 | BillPay | | | PAYMENT FOR TRANS 8423299 | -$4.30 | $0.22 |
| 8423299 | 2/27/2025 | Bill | $4.30 | $4.30 | Commissary : COMMISSARY 2/27/2025 REF:15282 | | $4.52 |
| 8316989 | 2/11/2025 | Open | | | RESIDENT RE-OPEN | $0.00 | $4.52 |

Richard A. Marin
20250211065
Division 2, Dorm 3, DD-7
2700 S. California Ave
Chicago, IL 60608

S SUBURBAN IL 604

7 JUL 2025

**RECEIVED**

JUL 10 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Prisoner Correspondent
United States District Court
219 S. Dearborn Street 20th Floor
Chicago, IL 60604

07/10/2025-2

60604-190119